IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| WHITNY MARIE PELTON, | ) | Civil Action No.: |
| Plaintiff, | ) | 1:18-cv-01267-PLM-PJG |
| | ) | |
| v. | ) | Hon. Paul L. Maloney |
| | ) | United States District Judge |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | Hon. Phillip J. Green |
| Defendant. | ) | United States Magistrate Judge |

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

    /s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge

Dated:   June 17, 2019