UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WHITNY MARIE PELTON,

     Plaintiff,

                                             Case No. 1:18-cv-1267

v.

                                             HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/


## ORDER ADOPTING REPORT AND RECOMMENDATION


Plaintiff has filed a motion for attorney fees pursuant to the Equal Access to Justice Act. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 12, 2019, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's motion (ECF No. 16) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff is awarded three thousand, seven hundred twenty-seven dollars and fifty cents ($3,727.50) pursuant to the EAJA and shall be paid directly to Plaintiff.


Dated:  August 27, 2019                                  /s/  Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge